997 A.2d 337

Kaywin C. SHADRON, Executrix of the
Will of Mia D. Foster, Deceased

v.

Scott C. FOSTER.

Kyle Foster, a Minor Child

v.

Scott C. Foster.

Petition of Scott C. Foster.

Supreme Court of Pennsylvania.

July 13, 2010.

---

## ORDER

PER CURIAM.

AND NOW, this 13th day of July, 2010, the Petition for Allowance of Appeal is hereby treated as a Petition for Review, as this matter involves a challenge to the Superior Court's order quashing and dismissing Petitioner's appeal. *See Vaccone v. Syken,* 587 Pa. 380, 384 n. 2, 899 A.2d 1103, 1106 n. 2 (2006). The order of the Superior Court is AFFIRMED.